# Court of Appeals
# of the State of Georgia

ATLANTA,___March 18, 2014___

*The Court of Appeals hereby passes the following order:*

**A14D0265.  IN THE INTEREST OF T. T., a child (Mother).**

The mother of four-month-old T. T. has filed an application for discretionary review, seeking to challenge the juvenile court's order finding T. T. to be deprived and directing the mother to cooperate with the Department of Family and Children Services.  Although an order terminating parental rights is subject to the discretionary appeal procedures, a deprivation finding may be appealed directly.  See OCGA § 5-6-35 (a) (12); *In the Interest of J. P.*, 267 Ga. 492, 493 (480 SE2d 8) (1997); *In the Interest of W. P. B.*, 269 Ga. App. 101 (1) (603 SE2d 454) (2004).  The mother, therefore, was not required to file a discretionary application in this case.

We will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j).  Accordingly, the mother's application is hereby GRANTED.  The mother shall have ten days from the date of this order to file a notice of appeal with the juvenile court.  If, however, she has already filed a notice of appeal, she need not file a second notice.  The clerk of the juvenile court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_03/18/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*